## J. C. JONES v. STATE.
### No. 14762.

Court of Criminal Appeals of Texas.
Oct. 21, 1931.

R. G. Hughes, of San Angelo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for passing a forged instrument; punishment being two years in the penitentiary.

Appellant has filed his affidavit stating that he no longer desires to prosecute his appeal.

At his request the appeal is dismissed.